Sylvester E. Harding III, Lumberton, NC, for Petitioner.

Renee Gerber, Armando A. Rodriguez–FEO, Department of Justice, Washington, DC, for Respondent.

LOURIE, Circuit Judge.

**ON MOTION**

**ORDER**

Sylvester E. Harding, III moves for reconsideration of this court's September 1,

**Mario A. MENDOZA, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

No. 2011–3068.

United States Court of Appeals, Federal Circuit.

Oct. 26, 2011.

Before PROST, MAYER, and GAJARSA, Circuit Judges.

**ON MOTION**

PER CURIAM.

**ORDER**

Mario A. Mendoza moves for reconsideration of the court's order dismissing this petition as untimely.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.